```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


IN RE:                              )     CASE NO: 04-55692-399
                                    )
DANA R MARTIN                       )
                                    )     CHAPTER 13
LESLEY M MARTIN                     )
                                    )
            DEBTOR(S)                )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT

       COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


CINGULAR WIRELESS
PO BOX 309                          $              93.78

PORTLAND OR
023694                97207-0309


                                    /s/ John V. LaBarge, Jr.
                                    ------------------------------------
DATE: March 31, 2010                JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
BG -091                             (314) 781-8100   trust33@ch13stl.com
```