```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


IN RE:                          )    CASE NO: 04-55692-399
                                )
DANA R MARTIN                   )
                                )    CHAPTER 13
LESLEY M MARTIN                 )
                                )
              DEBTOR(S)         )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT
```

    COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
CINGULAR WIRELESS
PO BOX 309                               $           35.36

PORTLAND OR
023694              97207-0309


                                /s/ John V. LaBarge, Jr.
                                ------------------------------------
DATE: March 31, 2010            JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
BG -091                         (314) 781-8100   trust33@ch13stl.com
```